Tanya E. Moore, SBN 206683
K. Randolph Moore, SBN 106933
MOORE LAW FIRM, P.C.
332 North Second Street
San Jose, California  95112
Telephone (408) 298-2000
Facsimile  (408) 298-6046
Email:  tanya@moorelawfirm.com

Attorneys for Plaintiff
Ronald Moore

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD MOORE,<br><br>             Plaintiff,<br><br>       vs.<br><br>BEAL PROPERTIES, INC., et al.,<br><br>             Defendants. | Case No.  1:13-CV-00607-AWI-SAB<br><br>**STIPULATION GRANTING PLAINTIFF LEAVE TO FILE HIS FIRST AMENDED COMPLAINT; [PROPOSED] ORDER** |

**IT IS HEREBY STIPULATED** by and between Plaintiff, Ronald Moore ("Plaintiff"), and Defendants, Beal Properties, Inc., a California corporation, and Navjeet Singh Chahal, dba Johnny Quik #117 ("Defendants," and together with Plaintiff, the "Parties"), the parties hereto, through their respective attorneys of record, that Plaintiff may file a First Amended Complaint, a copy of which is attached hereto as Exhibit "A."

**IT IS FURTHER STIPULATED** that Plaintiff will file his First Amended Complaint within five (5) calendar days of the Court's Order permitting such filing, and that Defendants' response thereto shall be filed within fourteen (14) days after the First Amended Complaint is filed.

**IT IS SO STIPULATED**.

Dated:  August 7, 2013				MOORE LAW FIRM, P.C.


					*/s/ Tanya E. Moore*
					Tanya E. Moore, Attorneys for
					Plaintiff Ronald Moore

Dated:  August 7, 2013				WILD, CARTER & TIPTON


					*/s/ Steven E. Paganetti*
					Steven E. Paganetti, Attorneys for
					Defendants, Beal Properties, Inc. and
					Navjeet Singh Chahal dba Johnny Quik
					#117

## ORDER

The Parties having so stipulated and good cause appearing,

**IT IS HEREBY ORDERED** that Plaintiff file his First Amended Complaint, a copy of which was filed with the Parties' stipulation, within five (5) calendar days of the date this Order is filed.

**IT IS FURTHER ORDERED** that Defendants' response thereto shall be filed within fourteen (14) days after the First Amended Complaint is filed.

IT IS SO ORDERED.

Dated:  **August 8, 2013**				_____
					UNITED STATES MAGISTRATE JUDGE