1  Tanya E. Moore, SBN 206683
   K. Randolph Moore, SBN 106933
2  MOORE LAW FIRM, P.C.
   332 North Second Street
3  San Jose, California  95112
   Telephone (408) 298-2000
4  Facsimile  (408) 298-6046
   Email:  tanya@moorelawfirm.com

5
   Attorneys for Plaintiff
6  Ronald Moore

7

8                  UNITED STATES DISTRICT COURT

9                 EASTERN DISTRICT OF CALIFORNIA

10

11 RONALD MOORE,                    )  Case No.  1:13-CV-00607-AWI-SAB
                                    )
12         Plaintiff,               )  STIPULATION GRANTING PLAINTIFF
                                    )  LEAVE TO FILE HIS FIRST AMENDED
13    vs.                           )  COMPLAINT; [PROPOSED] ORDER
                                    )
14 BEAL PROPERTIES, INC., et al.,   )
                                    )
15         Defendants.              )
                                    )
16                                  )
                                    )
17 _____  )

18      **IT IS HEREBY STIPULATED** by and between Plaintiff, Ronald Moore ("Plaintiff"),

19 and Defendants, Beal Properties, Inc., a California corporation, and Navjeet Singh Chahal, dba

20 Johnny Quik #117 ("Defendants," and together with Plaintiff, the "Parties"), the parties hereto,

21 through their respective attorneys of record, that Plaintiff may file a First Amended Complaint,

22 a copy of which is attached hereto as Exhibit "A."

23      **IT IS FURTHER STIPULATED** that Plaintiff will file his First Amended Complaint

24 within five (5) calendar days of the Court's Order permitting such filing, and that Defendants'

25 response thereto shall be filed within fourteen (14) days after the First Amended Complaint is

26 filed.

27

28

**IT IS SO STIPULATED**.

Dated:  August 7, 2013                                         MOORE LAW FIRM, P.C.


                                                              /s/ Tanya E. Moore
                                                              Tanya E. Moore, Attorneys for
                                                              Plaintiff Ronald Moore

Dated:  August 7, 2013                                         WILD, CARTER & TIPTON


                                                              /s/ Steven E. Paganetti
                                                              Steven E. Paganetti, Attorneys for
                                                              Defendants, Beal Properties, Inc. and
                                                              Navjeet Singh Chahal dba Johnny Quik
                                                              #117

<u>**ORDER**</u>

The Parties having so stipulated and good cause appearing,

**IT IS HEREBY ORDERED** that Plaintiff file his First Amended Complaint, a copy of which was filed with the Parties' stipulation, within five (5) calendar days of the date this Order is filed.

**IT IS FURTHER ORDERED** that Defendants' response thereto shall be filed within fourteen (14) days after the First Amended Complaint is filed.

IT IS SO ORDERED.


Dated:   **August 8, 2013**

                                                              _____
                                                              UNITED STATES MAGISTRATE JUDGE

STIPULATION GRANTING PLAINTIFF LEAVE TO FILE HIS FIRST AMENDED COMPLAINT;
[PROPOSED] ORDER